UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



Case No: <u>5:15-CR-331-1F</u>

**UNITED STATES OF AMERICA**
**Plaintiff**
vs.                                                         ORDER

**Defendant**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on , be turned over to the case agent, Kelton Harrison, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 1 | Ruger Pistol |
| 3 | Pistol Magazine |
| 5 | Bullet Casings |
| 5A | Live Round |
| 21A | Gunshot Residue Kit |

This <u>2nd</u> day of <u>May</u>, 2016

_____
James C. Fox
Senior U.S. District Judge

Agent's Signature: _____