IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00331-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIO NOE BURGOS, | ) | |
| Defendant. | ) | |

The Government's Motion to Reopen Evidence and/or Motion *in Limine* [DE-41] was addressed during Mario Noe Burgos's trial on May 3, 2016. For the reasons set forth on the record, the Government's Motion to Reopen Evidence and/or Motion *in Limine* [DE-41] was ALLOWED.

SO ORDERED.

This, the 4 day of May, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge