

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-331-1F

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| MARIO NOE BURGOS | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the guilty verdict and oral consent to forfeiture at the conclusion of trial by the defendant on May 3, 2016, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm used in knowing violations of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2), to wit, a Ruger, Model P89, 9mm pistol, serial number 316-68462, and any and all accompanying ammunition;

AND WHEREAS, by virtue of said guilty verdict and consent to forfeiture at conclusion of trial, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the guilty verdict as to the defendant MARIO NOE BURGOS, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to

1

the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 12th day of July, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge